UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO MASI,<br><br>                              Plaintiff,<br><br>     - against -<br><br>THE YOUNG TURKS, INC.<br><br>                              Defendant. | Docket No. 3:19-cv-6099<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Alessandro Masi ("Masi" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant The Young Turks, Inc. ("Young Turks" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of the inside of the Halden luxury prison in Norway, owned and registered by Masi, a professional photographer. Accordingly, Masi seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in California.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Hames is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 6 Balmoral Road, London, England NW25DY.

6. Upon information and belief, Young Turks is a domestic limited liability company duly organized and existing under the laws of the State of Delaware, with a place of business at 6230 Wilshire Blvd, Los Angeles, California 90048 and with an office in San Francisco. Upon information and belief, Young Turks is registered with the California Department of Corporations to do business in California. At all times material, hereto, Young Turks has owned and operated their YouTube Page website at the URL: www.YouTube.com/User/TheYoungTurks (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Masi photographed the Halden luxury prison in Norway (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Masi is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VA 1-996-957.

### B. Defendant's Infringing Activities

10. Young Turks the Photograph on the Website. See URL: https://www.youtube.com/watch?v=neY1xK_-1mY. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11. Young Turks did not license the Photograph from Plaintiff for its article, nor did Young Turks have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Young Turks infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Young Turks is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Young Turks be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
September 25, 2019

LIEBOWITZ LAW FIRM, PLLC

/s/Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Alessandro Masi*