UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO MASI,<br><br>    Plaintiff,<br><br>v.<br><br>THE YOUNG TURKS, INC.,<br><br>    Defendant. | Case No. 19-cv-06099-SK<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT**<br><br>Regarding Docket No. 7 |

    The Court has received Plaintiff's notice of settlement, filed October 13, 2019. (Dkt. 7.) The Court notes that Richard Liebowitz is the only counsel of record for Plaintiff and that the Court held that Liebowitz be removed from the membership roll of the bar of the Northern District of California on October 7, 2019. Therefore, Liebowitz cannot represent Plaintiff. In addition, Liebowitz has neither requested nor received permission to appear *pro hac vice* in this matter.

    The Court ORDERS Richard Liebowitz to SHOW CAUSE in writing by no later than October 22, 2019 why he should not be sanctioned by the Court for continuing to appear in the Northern District of California after the Court ordered that he no longer is a member of the bar in the Northern District of California.

    Furthermore, the Court ORDERS that Plaintiff file a substitution of counsel by October 22, 2019. If Plaintiff is an individual, Plaintiff may appear *pro se*.

    **IT IS SO ORDERED**.

Dated: October 17, 2019

*/s/ Sallie Kim*
SALLIE KIM
United States Magistrate Judge