UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALESSANDRO MASI

Plaintiff,

THE YOUNG TURKS, INC.,

Defendant

Case No. 3:19-mc-06099 (SK)

## **RESPONSE TO ORDER TO SHOW CAUSE**

Richard Liebowitz, an attorney licensed to practice in the law of the State of New York, respectfully responds to the Order to Show Cause dated October 17, 2019 as follows:

First, the Court should not issue sanctions because Mr. Liebowitz filed his motion for leave to appear *pro hac vice* on October 17, 2019 [Dkt. #9] Nothing in Judge Donato's "order of disbarment" precludes Mr. Liebowitz from appearing in this District *pro hac vice.*

Second, Judge Donato's use of the word "disbarment" respecting Richard Liebowitz, who is not and was never a member of the California State Bar, is legally erroneous and contrary to justice because it prejudices Mr. Liebowitz with

a derogatory form of severe discipline that is simply not applicable to the circumstances presented here.

Black's Law Dictionary 463 (6th ed. 1990) defines disbarment as an "[a]ct of court in suspending attorney's license to practice law. A disbarment proceeding is . . . disciplinary in nature."

Here, Judge Donato ordered "Richard P. Liebowitz removed from the membership roll of the bar of this Court." [Dkt. #3] But Mr. Liebowitz was never in the membership roll of the bar of this Court. He is licensed to practice in New York, not California, and that fact is a matter of public record.

Respectfully Submitted:

LIEBOWITZ LAW FIRM, PLLC

By: /s/richardliebowitz

Richard Liebowitz (RL1234)
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
rl@LiebowitzLawFirm.com