UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO MASI<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE YOUNG TURKS, INC.<br><br>　　　　　　　　Defendant. | **NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 3:19-cv-6099** |

　　　　IT IS HEREBY NOTICED that the above case has settled and should be dismissed with prejudice with each side to bear their own costs and attorney's fees.

<u>/s/Richard Liebowitz</u>
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: March 9, 2020

*Attorneys for Plaintiff Alessandro Masi*